IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VIONETTE CID-MIGUEZ,<br><br>    Plaintiff<br><br>    v.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendants | CIVIL NO. 09-1587 (JP) |

**PARTIAL JUDGMENT**

Before the Court is Plaintiff Vionette Cid-Miguez's and Defendant American Airlines' joint stipulation of voluntary dismissal filed in Lead Case No. 09-1577 (JP) (**No. 39**). Pursuant thereto, the Court **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** the complaint in the above-captioned case against Defendant American Airlines, Inc. This Judgment is a release from all damages and causes of action exercised in the complaint and all damages and causes of action that could follow or emanate from the facts stated therein. This Judgment is entered without the imposition of costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 23rd day of October, 2009.

                                                      s/Jaime Pieras, Jr.
                                                       JAIME PIERAS, JR.
                                               U.S. SENIOR DISTRICT JUDGE